

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-18-00222-CR

Steve Chavarria **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4391
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's brief was originally due June 6, 2018; however, the court granted an extension of time to file the brief until July 6. On July 9, appellant filed a motion requesting an additional thirty days to file the brief.

We grant the motion and order appellant's attorney, Gary F. Churak, to file appellant's brief by August 6, 2018 (61 days after the original due date). The court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4th Tex. App. (San Antonio) Loc. R. 8, Notes and Comments.  Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.  The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.



Keith E. Hottle
Clerk of Court